AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Southern_ District of _New York_

SABRINA CHIN, on behalf of herself and all others similarly situated,

        Plaintiff,

V.

RCN CORPORATION,

        Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-CV-7349

JUDGE SULLIVAN

TO: (Name and address of Defendant)

    RCN Corporation
    c/o The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Michael R. Reese
    REESE RICHMAN LLP
    230 Park Avenue, 10th Floor
    New York, NY 10169
    (212) 579-4625

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_Catherine Lapsley_ (By) DEPUTY CLERK

AUG 1 9 2008

DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SABRINA CHIN, ON BEHALF OF HERSELF AND ALL :
OTHER SIMILARLY SITUATED,                  :
                                           :     **Case No. 08-CV-7349**
                         Plaintiff,        :
                                           :
          - against -                      :     **AFFIDAVIT OF SERVICE**
                                           :
RCN CORPORATION,                           :
                                           :
                         Defendant.        :
------------------------------------------------------------X

STATE OF DELAWARE         )
                          )ss.:
COUNTY OF __NEW CASTLE__  )

    Daniel Newcomb, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of Delaware.

    On August 21, 2008, at approximately 9:10 a.m. at 1209 Orange Street, Wilmington, DE 19801., Deponent served the within Summons In A Civil Action, Complaint, Civil Cover Sheet, Individual Practices of Richard J. Sullivan, Individual Rules of Practice of Judge Kevin Nathaniel Fox and Electronic Case Filing Rules & Instructions, upon **RCN Corporation C/o The Corporation Trust Company** by delivering to and leaving with Scott LaScala, Managing Agent a true and correct copy of said documents.

    At the time of said service, Scott LaScala stated that he is duly authorized to accept service of legal process for RCN Corporation C/o The Corporation Trust Company.

    Scott LaScala is described as a white female, approximately 40-45 years of age, 170 lbs., 5'10" tall, with Brown hair.

                                   _____
                                         (PROCESS SERVER'S SIGNATURE)

                                         Daniel Newcomb
                                   _____
                                               (PRINT NAME)

Sworn to before me this
__21__ Day of August, 2008

_____
Notary Public

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2012