UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SABRINA CHIN,

                Plaintiff,

-v-

RCN CORPORATION,

                Defendant.



No. 08 Civ. 7349 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court conducted a status conference in this matter on March 13, 2009, which was attended by counsel for all parties. For the reasons stated on the record, the parties are HEREBY ORDERED to submit a joint status letter by April 13, 2009. Should this matter not be resolved beforehand, the parties' April 13, 2009 status letter shall also include a proposed case management plan and scheduling order, an example of which is available at http://www1.nysd.uscourts.gov/cases/show.php?db=judge_info&id=347.

SO ORDERED.

DATED:    March 13, 2009
                New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE