UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

iY
iENT
.CTRON     LY FILED
DOC #: _____
DATE: _____ 5/14/09

SABRINA CHIN,

                   Plaintiff,

    -v-

RCN CORPORATION,

                   Defendant.

No. 08 Civ. 7349 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of the parties' May 1, 2009 joint letter, which requests an adjournment of the previously scheduled settlement conference in this matter. The parties' request is granted. Accordingly, the settlement conference that was previously scheduled for May 7, 2009 is hereby adjourned until May 14, 2009 at 10:00 a.m.

SO ORDERED.

DATED:    May 4, 2009
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE