UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/09
```

SABRINA CHIN, on behalf of herself and all others similarly situated,

                Plaintiff,

-v-

RCN CORPORATION,

                Defendant.

No. 08 Civ. 7349 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court conducted a conference on May 14, 2009, at which the parties reported that they have agreed to the terms of a settlement in this putative class action. The parties are HEREBY ORDERED to submit a joint status letter by May 29, 2009 describing the manner in which they wish to proceed in finalizing their agreement. The letter shall include a schedule for seeking preliminary approval of the settlement and notifying members of the proposed class.

SO ORDERED.

DATED:     May 14, 2009
               New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE