**REESE RICHMAN LLP**
Michael R. Reese
Kim E. Richman
Belinda L. Williams
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone:  (212) 643-0500
Facsimile:  (212) 253-4272
Email:  michael@reeserichman.com
           kim@reeserichman.com
           belinda@reeserichman.com

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SABRINA CHIN, on behalf of herself and all others similarly situated,  ) ) ) | Civil Action No. 1:08-CV-7349 RJS |
| Plaintiff,  ) ) vs.  ) ) RCN CORPORATION,  ) ) Defendant.  ) ) ) | **DECLARATION OF MICHAEL R. REESE IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

I, Michael R. Reese, pursuant to 28 U.S.C.S. §1746, hereby declare the following:

1.    I am an attorney admitted to practice before the bars of the States of New York and California and am admitted to practice before this Court.  I am a member of the law firm Reese Richman LLP, attorneys for Plaintiff in the above-captioned matter.

2.    I submit this Declaration in support of Plaintiff's Unopposed Motion for Preliminary Approval of Settlement and am fully familiar with the facts set forth herein.

2.    Attached hereto as Exhibit 1 is a true and correct copy of the Class Action Settlement Agreement.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 31, 2009                      */s/ Michael R. Reese*
                                                          Michael R. Reese