UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SABRINA CHIN,

        Plaintiff,

    -against-

RCN CORPORATION,

        Defendant.

------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/09
```

ORDER

08 Civ. 7349 (RJS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a preliminary fairness review hearing shall be held in the above-captioned action on October 22, 2009, at 10:30 a.m., before Kevin Nathaniel Fox, United States Magistrate Judge, in courtroom 9B, 500 Pearl Street, New York, New York.

Dated: New York, New York
       October 9, 2009

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE