**REESE RICHMAN LLP**
Michael R. Reese
michael@reeserichman.com
Kim E. Richman
kim@reeserichman.com
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA CHIN, on behalf of herself and all others similarly situated, ) | Civil Action No. 1:08-CV-7349 |
| ) | |
| Plaintiff, ) | **AFFIDAVIT OF PLAINTIFF SABRINA CHIN** |
| vs. ) | |
| ) | |
| RCN CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

I, SABRINA CHIN, hereby state as follows under penalty of perjury:

1. I am the named plaintiff and proposed class representative in the above-captioned case. I am not an attorney and therefore do not keep time records. I submit this affidavit as record of the considerable amount of time I have spent on this matter as the named plaintiff and proposed class representative.

2. First, I have reviewed numerous documents during the course of this litigation, included but not limited to, drafts and the final version of the class action complaint filed against RCN. I have met with my counsel, Reese Richman LLP, in person, on the telephone, and through other means on several occasions to review and discuss these pleadings and the progress of the litigation.

3. Additionally, I reviewed and provided discovery in this matter, including responses to document requests and interrogatories served on me.

4. I was intimately involved in the discussions regarding settlement of this matter. Specifically, I reviewed several drafts of the Settlement Term Sheet and the Settlement Agreement. I also met in person on May 13, 2009 for several hours with our expert, Peter Eckersley, to discuss the litigation and the terms of a proposed settlement.

5. As part of the settlement negotiations, I attended in person a settlement conference in front of Judge Sullivan on May 14, 2009 that lasted for several hours. I took time off from work to attend the settlement conference in person.

6. On September 21, 2009, I attended, via teleconference, proceedings in front of Magistrate Judge Fox regarding this matter that also lasted for several hours.

7. I continue to actively monitor this litigation and consult with my counsel on this matter. Based upon my involvement in the matter, I believe that the settlement is a very good settlement for consumers.

Dated:      October 27, 2009
            New York, New York

                                        _____
                                        SABRINA CHIN

2