Michael R. Reese
Kim E. Richman
Belinda L. Williams
**REESE RICHMAN LLP**
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone: (212) 643-0500
Facsimile:  (212) 253-4272
Email: michael@reeserichman.com
        kim@reeserichman.com
        belinda@reeserichman.com

*Attorneys for Plaintiff and Proposed Class*

#### UNITED STATES DISTRICT COURT
#### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA CHIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>RCN CORPORATION,<br><br>Defendant. | Civil Action No. 08-CV-7349 (RJS)(KNF)<br><br>**NOTICE OF UNOPPOSED MOTION AND MOTION FOR ORDER APPROVING AMENDMENT TO CLASS ACTION SETTLEMENT AGREEMENT AND PROPOSED NOTICE TO CLASS** |

**PLEASE TAKE NOTICE THAT,** upon the accompanying Declaration of Michael R. Reese dated January 22, 2010, and the exhibits annexed thereto, and upon all other pleadings, papers and proceedings heretofore had herein, plaintiff and putative class representative Sabrina Chin ("Plaintiff"), by her undersigned counsel, will and hereby does move this Court before the Hon. Kevin Nathaniel Fox, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on such date and at such time as the Court shall set, for an Order: (a) approving the parties' amendment of their July 31, 2009 Class Action Settlement Agreement; (b) amending the parties' proposed Notice of Pendency and Settlement of Class Action; and, (c) granting the parties such other and further relief as the Court deems just and proper.

Because of the routine and undisputed nature of this motion, we respectfully request that the Court exercise the discretion granted by Local Rule 7.1 to waive the provisions of that rule insofar as they require the submission of a memorandum of law in support of this motion.

Dated:  New York, New York
        January 22, 2010

**REESE RICHMAN LLP**

By:  */s/ Michael R. Reese*
    Michael R. Reese
    Kim E. Richman
    Belinda L. Williams
    875 Avenue of the Americas, 18th Floor
    New York, New York  10001
    Telephone:  (212) 643-0500
    Facsimile:   (212) 253-4272
    michael@reeserichman.com
    kim@reeserichman.com
    belinda@reeserichman.com

*Attorneys for Plaintiff and Proposed Class*