# CHIN v. RCN CORPORATION
Case No. 08-cv-7349 (RJS) (S.D.N.Y.)
**(LIST OF OPT-OUTS)**

| Last Name | First Name | City | State |
|---|---|---|---|
| Ahmad | Umaima | Somerville | MA |
| Annam | Babu | Burlington | MA |
| Borogovac | Mirza and Jessica | Roslindale | MA |
| Burge | Natalie Ann | Chicago | IL |
| Clair | Kathleen | New York | NY |
| De Boursetty | Benoit | New York | NY |
| Drexler | Ilene | New York | NY |
| East Allen Township Volunteer Fire Dept. | Raymond Anthony, III President | Northampton | PA |
| Emig | Kim | Chicago | IL |
| Eurovision Corporation | Caesar Glebocki, President | Chicago | IL |
| Fiore | Christopher Robert | Chicago | IL |
| Fonio | Tammy | Drexel Hill | PA |
| Gonzalez Jr. | John Bernard | Somerville | MA |
| Gruner | David | Washington | DC |
| Herrenkohl | Joshua D. | New York | NY |
| Horiuchi | Masashi | Nagano-ken | Japan |
| Humberd | Larry | Bethlehem | PA |
| Kaufman | Joseph M. | Washington | DC |
| Kelley | Timothy | New York | NY |
| Kometani | Motohiko | Waltham | MA |
| Leonard | Marie Claudine | Somerville | MA |
| LePore | Donna | New York | NY |
| Levy | Marco Fabio | Boston | MA |
| Lynch | Stephanie | Somerville | MA |
| McGee | Heather Ann | Bath | PA |
| Meah | Sk | Upper Darby | PA |
| Messick | Betty | Walnutport | PA |
| Mintz | Abigail | Washington | DC |
| Najam | Parvez | Elmhurst | NY |
| Nguyen | Lien | Chicago | IL |
| Pakhala | Vijay R. | Burlington | MA |
| Petito | Patricia A. | Northampton | PA |
| Ponting | Jennifer | Allston | MA |
| Ronco | Christine A. | Bethlehem | PA |
| Ruiz | Ronaldo | Silver Spring | MD |
| Shum | Ho Cheung | Somerville | MA |
| Srinivasan | Sreedevi | Boston | MA |
| Tannenwald | Peter | Washington | DC |

| Last Name | First Name | City | State |
|---|---|---|---|
| Tian | Xuejun | Chicago | IL |
| Trachtenberg | Ari | Newton | MA |
| Tsai | Hua-Hsin | Bethlehem | PA |
| Turner | Victoria | Boston | MA |
| Val-Khvalabov | Vadim | Chicago | IL |
| Vattilana | Rose | Washington | DC |