**Chin v. RCN Corporation**

**Summary of Lodestar from inception through May 28, 2010**

| Name | Position | Hourly Rate | Hours | Total |
|---|---|---|---|---|
| Michael Reese | Partner | $650 | 587.00 | $381,550.00 |
| Kim Richman | Partner | $575 | 229.50 | $131,962.50 |
| Belinda Williams | Senior Counsel | $550 | 5.50 | $3,025.00 |
| Stephanie Bealby | Paralegal | $250 | 53.50 | $13,375.00 |
| **Total** | | | 875.50 | **$529,912.50** |

## RCN
## Time for Reese Richman LLP (from inception of case through May 28, 2010)

**2008**

**February**

| | | | |
|---|---|---|---|
| 2/15/08 | MR | Discuss problems w/ RCN w/ client Sabrina Chin | 0.75 |
| 2/18/08 | MR | Research potential RCN throttling suit; conduct online research re RCN and internet throttling | 8.5 |
| 2/19/08 | MR | Research Comcast case pending in California; compare to alleged misconduct of RCN and Chin's experiences | 5.5 |
| 2/19/08 | KR | Investigate potential throttling practices by RCN; research print publications, blogs & online customer complaints | 3.5 |
| 2/20/08 | MR | Research complaints regarding RCN's internet service | 2.25 |
| 2/20/08 | KR | Investigate "network management" practices of RCN and industry standards | 5.0 |
| 2/22/08 | KR | Further investigate "network management" practices and disclosures by RCN; review print articles & EFF white paper re throttling | 6.5 |

**May**

| | | | |
|---|---|---|---|
| 5/09/08 | MR | Further discuss problems w/ RCN w/ client Sabrina Chin | 0.25 |
| 5/13/08 | MR | Discuss potential suit against RCN w/ K. Richman | 0.50 |
| 5/13/08 | KR | Discuss potential RCN suit w/ Reese; research academic throttling studies on detecting BitTorrent blocking | 4.5 |
| 5/13/08 | MR | Research RCN throttling suit; conduct online research regarding throttling; read blogs by RCN employee re throttling | 5.25 |
| 5/20/08 | MR | Research ways RCN could conduct throttling; research methodologies to test for throttling | 8.5 |
| 5/20/08 | KR | Review court dockets (*i.e.*, Comcast) and case law re CFAA claim; confer w/ colleagues re loss & damage elements of CFAA | 5.5 |
| 5/21/08 | MR | Discussion w/ Richman re potential claims; discussion of possibility of federal claims or just state.  Discussion of possible venues.  Review recent CAFA decisions. | 3.5 |
| 5/21/08 | KR | Discussion w/ Michael re: claims; conduct research for potential federal v. state claims | 5.0 |
| 5/22/08 | KR | Discussion w/ Michael re: potential federal claim – CAFA; further review of dockets & case law re CFAA claim; further confer w/ colleagues re: loss & damage elements of CFAA; research scope and applicability of CFAA | 7.0 |
| 5/22/08 | MR | Discussion re federal claim w/ Richman | 0.75 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 5/23/08 | KR | Research types of internet applications targeted or affected by RCN throttling; research scope and purpose of P2P applications | 5.0 |
| 5/23/08 | MR | Run diagnostic test on RCN to detect throttling | 4.5 |

**June**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 6/10/08 | MR | Research RCN corporate structure; website; 10-Ks; 10-Qs; marketing materials, *etc.* to determine geographic scope of potential class; research state of Virginia consumer protection law | 7.75 |
| 6/10/08 | KR | Research state consumer protections laws based upon locations where RCN conducts business | 6.0 |
| 6/11/08 | KR | Research various state consumer protection laws based upon locations where RCN conduct internet business | 8.5 |
| 6/12/08 | KR | Research other types of throttling reports, complaints and cases | 6.0 |
| 6/12/08 | KR | Discussion w/ Michael re other types of throttling case | 0.5 |
| 6/12/08 | MR | Discussion w/ Kim re other throttling – Netflix; Comcast | 0.5 |
| 6/13/08 | KR | D & B analysis of RCN; research potential entities – parent v. subsidiaries; potential choice of law provisions | 5.0 |
| 6/16/08 | KR | Research RCN music services; Investigated bundled services offered by other ISPs | 4.5 |
| 6/17/08 | KR | Research RCN marketing claims re quality of internet connections; compare/contrast connection speeds to other ISPs | 5.5 |
| 6/24/08 | KR | Research different type of internet services offered by RCN (*i.e.,* tiered service plans) | 2.5 |
| 6/30/08 | MR | Research possible federal claims other than CFAA; | 1.5 |
| 6/30/08 | KR | research CFAA claims | 5.0 |

**July**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 7/8/08 | MR | Research possibility of Virginia state claims as class action at state level; analyze *Chilsom* case | 5.5 |
| 7/10/08 | MR | Draft complaint based upon Virginia consumer protection statute | 7.75 |
| 7/11/08 | MR | Draft introductory paragraphs to complaint | 3.5 |
| 7/11/08 | KR | Research terms and conditions of RCN currently and throughout proposed Class Period; research any potential arbitration issues | 6.5 |
| 7/15/08 | MR | Draft factual allegations section of complaint | 8.5 |
| 7/16/08 | MR | Draft factual allegations section of complaint | 5.5 |
| 7/17/08 | KR | Review factual allegations of complaint | 3.5 |
| 7/21/08 | KR | Further review factual allegations of complaint; research consumer protection claims | 6.0 |

**August**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 8/4/08 | KR | Review and finalize factual allegations of complaint; research legal allegations | 3.0 |
| 8/4/08 | MR | Research scope of class under New York law claims; Analyze *Goshen* and *Roberts' Gourmet* case law | 5.75 |
| 8/5/08 | MR | Review possible preemption arguments; FCC scope | 7.5 |
| 8/8/08 | MR | Draft legal claims parts of complaint | 2.75 |
| 8/8/08 | KR | Review legal allegations | 1.5 |
| 8/8/08 | MR | Call Weiss at Dreier and invite him to co-counsel case that RR LLP has been retained on and developed; send complaint to Weiss | 0.25 |
| 8/11/08 | MR | Read WIRED article re RCN throttling | 0.5 |
| 8/11/08 | KR | Review and finalize legal allegations of complaint | 1.5 |
| 8/11/08 | MR | Discussion w/ Weiss re status of draft | 0.75 |
| 8/12/08 | MR | Draft and finalize complaint for client review | 10.5 |
| 8/12/08 | KR | Review and finalize complaint | 3.0 |
| 8/13/08 | MR | Discuss w/ VA local counsel Surovell re filing in E.D. Va. | 0.5 |
| 8/13/08 | MR | Discuss draft of complaint w/ client at dinner | 1.0 |
| 8/14/08 | MR | Research filing in SDNY instead of VA due to client's residence; amount of business conducted by RCN in NY | 5.5 |
| 8/15/08 | MR | Change complaint to SDNY instead of EDVA | 5.5 |
| 8/15/08 | MR | Discuss w/ local VA counsel that we are filing in SDNY | 0.25 |
| 8/18/08 | MR | Finalize complaint for filing | 5.5 |
| 8/18/08 | MR | Discussion w/ Weiss re filing | 0.25 |
| 8/19/08 | MR | Finalize complaint; summons; civil cover sheet for filing | 6.75 |
| 8/28/08 | MR | Meeting w/ consultant re series of diagnostic tests to be conducted on RCN network re throttling and potential consultation/expert | 1.0 |
| 8/28/08 | MR | Discussion w/ Richman re potential expert | 0.5 |
| 8/28/08 | KR | Meeting re potential expert; research re effective Bit Torrent detection program | 4.5 |

**September**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 9/3/08 | MR | Research regarding which judge case assigned to | 0.25 |
| 9/11/08 | MR | Correspondence to Neger re posture of case | 0.25 |
| 9/12/08 | MR | Research DSL reports regarding RCN's throttling | 5.75 |
| 9/15/08 | MR | Research RCN's potential violation of net neutrality rules and standards | 6.5 |
| 9/16/08 | MR | Research RCN's stance on BitTorrent and whether its runs contrary to statements made to public re quality of service | 7.0 |
| 9/17/08 | MR | Research and investigate significant packet loss rate in New York City metropolitan area and draft allegations re abnormal packet loss rate | 10.5 |
| 9/18/08 | KR | Research RCN network management practices in light | 4.0 |

| | | | |
|---|---|---|---|
| | | of FCC action re net neutrality & Comcast | |
| 9/18/08 | MR | Draft amended complaint with more specific allegations | 7.5 |
| 9/19/08 | MR | Draft amended complaint w/ packet loss rate allegations | 6.0 |
| 9/19/08 | KR | Review amended complaint | 3.0 |
| 9/22/08 | MR | Draft amended complaint based upon new research | 7.5 |
| 9/22/08 | KR | Review and finalize amended complaint | 3.0 |
| 9/23/08 | MR | Discussion w/ Richman re upcoming mtg/ w/ defendant | 0.75 |
| 9/23/08 | KR | Discussion w/ Michael re tomorrow's meeting | 0.75 |
| 9/24/08 | KR | Meeting with defense counsel | 1.0 |
| 9/24/08 | MR | Meeting w/ defense counsel Neger and Care | 1.0 |

**October**

| | | | |
|---|---|---|---|
| 10/15/08 | MR | Draft stipulation re extension of time for defendant | 0.5 |
| 10/20/08 | MR | Research complaints regarding rate shaping | 5.5 |
| 10/21/08 | MR | Research possible rate shaping allegations; research ping allegations | 7.5 |
| 10/21/08 | KR | Research Sandvine corporation and technology; access press releases re: use and implementation of Sandvine | 8.5 |
| 10/23/08 | MR | Research re new potential claims (rate shaping; ping) | 7.75 |
| 10/24/08 | MR | Research RCN's use of Sandvine technology to throttle internet use, such as BitTorrent; Ares; eDonkey and Gnutella; research potential violation of privacy claims | 9.0 |
| 10/24/08 | MR | Draft amended complaint to expand claims | 8.0 |

**November**

| | | | |
|---|---|---|---|
| 11/10/08 | SB | Review customer complaints and articles re throttling; compile same | 4.0 |
| 11/11/08 | SB | Continue review of customer complaints and articles re throttling; compile same | 2.5 |
| 11/12/08 | KR | Review compilation of customer complaints | 2.5 |
| 11/20/08 | MR | Correspondence w/ Neger re answer and settlement posture | 0.5 |
| 11/24/08 | MR | Review answer | 0.25 |
| 11/24/08 | KR | Review answer | 0.25 |
| 11/24/08 | KR | Discussion w/ Michael re answer and strategy | 0.5 |
| 11/24/08 | MR | Discussion w/ Richman re strategy given D's answer | 0.5 |
| 11/24/08 | KR | Draft letter | 1.0 |
| 11/25/08 | MR | Correspondence re 26(f) conference | 0.25 |

**December**

| | | | |
|---|---|---|---|
| 12/1/08 | SB | Draft document requests | 1.5 |
| 12/2/08 | MR | Scheduling 26(f) conference | 0.25 |
| 12/2/08 | SB | Continue drafting document requests | 2.0 |
| 12/3/08 | MR | Draft letter to EFF regarding case | 1.5 |
| 12/5/08 | KR | Finalize EFF letter | 0.5 |
| 12/5/08 | MR | Research and review possible settlement proposed by | 6.75 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | Defendant | |
| 12/8/08 | SB | Review and compile materials as instructed by KR in preparation with meeting with opposing counsel | 3.0 |
| 12/10/08 | KR | Meet and confer with Neger re 26(f) and settlement | 1.0 |
| 12/10/08 | MR | 26(f) meet and confer | 1.0 |
| 12/10.08 | MR | Draft response to settlement proposal | 1.5 |
| 12/11/08 | SB | Draft interrogatories | 3.0 |
| 12/11/08 | KR | Review and finalize doc requests and interrogatories; 26(f) statement; letter response to 10/21/08 order | 6.0 |
| 12/15/08 | KR | Draft response to settlement proposal | 2.5 |
| 12/16/08 | SB | Proofread settlement response as instructed by MR. | 0.75 |
| 12/16/08 | MR | Review and finalize discovery requests | 8.5 |
| 12/16/08 | MR | Review redacted settlement proposal to present to EFF | 0.25 |
| 12/17/08 | KR | Review settlement response prepared by MR; review letter to Judge; review 26(f) statement; review document request and interrogatories; and prepared for meeting with EFF | 7.5 |
| 12/17/08 | SB | Review discovery requests as instructed by KR; compile materials as instructed by KR in preparation for EFF meeting; review letter | 2.5 |
| 12/18/08 | KR | Travel to SF from JFK | 3.5 (1/2 of 7 actual) |
| 12/18/08 | MR | Discuss settlement status w/ client | 0.5 |
| 12/18/08 | MR | Finalize and serve response to settlement proposal | 2.25 |
| 12/19/08 | KR | Meeting at EFF w/ Fred von Lohmann, Peter Eckersley and MR (by teleconference) | 2.0 |
| 12/19/08 | MR | Meeting w/ EFF | 2.0 |
| 12/21/08 | KR | Return travel from SF to JFK | 3.5 (1/2 of 7 actual) |

**January**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 1/3/09 | MR | Discuss 26(a)(1) disclosure obligations w/ client | 0.25 |
| 1/3/09 | MR | Draft 26(a)(1) disclosures | 5.25 |
| 1/3/09 | MR | Discuss 26(a)(1) disclosures draft w/ client | 0.5 |
| 1/5/09 | SB | Review 26(a)1 disclosures as instructed by MR | 0.75 |
| 1/8/09 | MR | Prep for and participate in CMC before J. Sullivan | 3.5 |
| 1/9/09 | MR | Review Defendant's 26(a)(1) disclosures and research roles of various persons disclosed | 5.0 |
| 1/13/09 | MR | Discuss case, settlements w/ client S. Chin; discussion w/ EFF re consultation role; draft retainer for Eckersley | 2.0 |
| 1/22/09 | MR | Meeting w/ client re status of case | 1.0 |
| 1/26/09 | MR | Review RCN's responses to questions re settlement Research responses to check validity | 6.5 |
| 1/28/09 | MR | Discussion of settlement w/ Peter Neger; Discussion of possible settlement w/ Fred von Lohmann from EFF; draft discovery responses | 3.5 |
| 1/29/09 | KR | Drafted settlement response letter | 3.5 |


**February**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 2/5/09 | MR | Discuss settlement counterproposal w/ Richman | 0.75 |
| 2/5/09 | KR | Discuss settlement counterproposal w/ MR; assist in revising settlement counterproposal | 2.0 |
| 2/6/09 | MR | Draft settlement counterproposal | 3.5 |
| 2/6/09 | SB | Review & redline settlement proposal as instructed by MR | 0.25 |
| 2/10/09 | MR | Draft settlement counterproposal | 3.5 |
| 2/10/09 | SB | Completed correspondence to Defendant's counsel as requested by MR | 0.25 |
| 2/11/09 | KR | Meeting with Devore & Demarco re independent monitoring | 1.0 |
| 2/12/09 | MR | Discuss settlement counterproposal w/ Neger | 0.5 |
| 2/18/09 | MR | Prep for settlement discussion w/ RCN GC | 2.25 |
| 2/18/09 | KR | Settlement discussion w/ opposing counsel; RCN GC | 1.5 |
| 2/18/09 | MR | Settlement discussion w/ opposing counsel; RCN GC | 1.5 |
| 2/19/09 | MR | Discuss monitoring possibility with DeVore DeMarco | 0.5 |
| 2/23/09 | MR | Review and discuss settlement proposal w/ KR | 0.75 |
| 2/23/09 | KR | Review and discuss settlement proposal w/ MR | 0.75 |
| 2/25/09 | MR | Discuss monitoring agreement w/ Eckersley | 0.25 |
| 2/27/09 | KR | Revise/analyze settlement proposal | 1.5 |
| 2/27/09 | MR | Review monitoring agreement presented by Devore | 1.0 |
| 2/27/09 | KR | review Devore monitoring agreement | 1.25 |
| 2/27/09 | MR | Discuss competing monitor proposals w/ KR | 0.75 |
| 2/27/09 | KR | Discuss monitoring w/ MR | 0.75 |

**March**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 3/2/09 | KR | Finalize settlement proposal | 1.5 |
| 3/3/09 | MR | Review ISP Settlement complaint budget | 0.75 |
| 3/4/09 | MR | Draft letter re independent monitor. Research independent auditing requirements of Sarbanes-Oxley as broached by RCN GC at prior settlement meeting | 4.0 |
| 3/4/09 | KR | Travel from NYC to San Francisco. | 3.5 |
| 3/4/09 | SB | Review and prepare copies of Plaintiff's Response to Defendant's Proposed Settlement Term Sheet for service as instructed by MR | 0.5 |
| 3/5/09 | MR | Draft settlement letter; Discussion with Neger | 2.25 |
| 3/6/09 | KR | Meeting with expert Peter Eckersley | 1.0 |
| 3/8/09 | KR | Travel from SFO to New York City | 3.5 |
| 3/13/09 | KR | Status conference with J. Sullivan of SDNY | 1.0 |
| 3/30/09 | KR | Research independent monitoring options; discussion w/ Eckersley re testing protocols | 4.5 |
| 3/30/09 | MR | Discussion w/ Eckersley re RCN resistance to non-P2P testing | 0.75 |
| 3/30/09 | MR | Research regarding possibility non-P2P throttling that RCN could use; research bandwidth caps; *etc.* | 5.0 |
| 3/31/09 | MR | Discussion w/ Peter Neger re settlement | 0.25 |

**April**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 4/2/09 | MR | Discussion w/ Peter Eckersley re monitoring program | 0.5 |
| 4/2/09 | MR | Research regarding pros and cons of Switzerland v. Glasnot testing | 3.5 |
| 4/3/09 | SB | Review information re P2P and Sandvine; research re same; compile information as instructed by KR. | 3.0 |
| 4/6/09 | MR | Research re Switzerland v. Glasnot testing; discussion w/ Neger re settlement; review letter to judge | 1.5 |
| 4/13/09 | MR | Research difference between Glasnot and Switzerland testing, discuss with expert | 4.5 |
| 4/14/09 | MR | Draft letter to Neger re need for Switzerland testing | 1.5 |
| 4/16/09 | MR | Discussion w/ Neger re Switzerland testing; research re injunctive relief and Switzerland testing | 1.75 |
| 4/22/09 | MR | Research Rate Shaping and BitTorrent throttling In light of Switzerland and Glasnot testing | 0.75 |
| 4/23/09 | MR | Discuss conference re Switzerland w/ Peter Eckersley; conference w/ opposing counsel, RCN technicians, RCN GC and Peter Eckersley | 1.75 |
| 4/27/09 | MR | Review letter to court re settlement status | 0.25 |
| 4/28/09 | KR | Research re: settlement | 2.5 |
| 4/29/09 | MR | Correspond w/ expert and plaintiff re settlement conference | 0.25 |
| 4/30/09 | MR | Discuss case w/ Sabrina Chin | 0.5 |

**May**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 5/1/09 | MR | Case management order; discovery discussion w/ opp. Counsel; Draft protective order | 4.0 |
| 5/5/09 | KR | Protective Order – draft | 3.5 |
| 5/5/09 | SB | Review confidentiality order as instructed by MR | 0.5 |
| 5/7/09 | MR | Draft protective order; draft settlement statement | 5.0 |
| 5/7/09 | MR | Discuss Defendants' discovery requests w/ client | 0.5 |
| 5/7/09 | MR | Draft Interrogatories verification for client signature | 0.5 |
| 5/7/09 | MR | Review Defendant's document production on Sandvine; compare Sandvine equipment used by Defendant to those used in the industry to throttle; review submissions made to FCC regarding Sandvine equipment | 7.5 |
| 5/8/09 | MR | Draft letter re settlement status; draft discovery responses | 8.0 |
| 5/11/09 | MR | Finalize letter re status of settlement; review discovery requests | 5.0 |
| 5/11/09 | KR | Discovery request response – interrogatories & document requests; reviewed/edited joint settlement ltr. to Judge Sullivan | 5.5 |
| 5/11/09 | SB | Draft discovery responses as instructed by KR; e-mail re same; review and edit as instructed by KR; review letter to Judge Sullivan as instructed by MR. | 4.0 |
| 5/12/09 | MR | Finalize discovery responses | 3.75 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 5/13/09 | MR | Finalize settlement status letter for Court; research Sandvine practices; dinner w/ client and Peter Eckersley; prepare for settlement conference (read Comcast's submission to FCC) | 14.25 |
| 5/13/09 | SB | Format, edit and finalize settlement documents as instructed by MR; Compile materials for review by client, Eckersley. | 1.5 |
| 5/13/09 | KR | Meeting w/ Sabrina Chin & Peter Eckersley | 3 |
| 5/14/09 | KR | Settlement Conference – SDNY, J. Sullivan (travel time inclusive) | 3.5 |
| 5/14/09 | MR | Settlement conference (including travel time) | 3.5 |
| 5/14/09 | MR | Draft settlement agreement | 1.0 |
| 5/19/09 | MR | Review and edit settlement term sheet | 0.75 |
| 5/21/09 | MR | Revise settlement agreement | 0.5 |
| 5/22/09 | MR | Revise settlement agreement | 0.25 |
| 5/26/09 | MR | Review draft of settlement agreement & provide comments | 1.5 |
| 5/28/09 | MR | Discuss settlement w/ Peter Neger | 1.0 |
| 5/29/09 | KR | Discussion w/ MR re: settlement terms | .5 |
| 5/29/09 | MR | Review draft of letter to go to Court re settlement status and provide comments to Neger; Draft 30(b)(6) deposition notice; discussion w/ KR re: settlement terms | 1.75 |

**June**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 6/1/09 | MR | Discuss settlement w/ Neger; research Sandvine P2P Element 8200 given disclosure by Defendant | 8.5 |
| 6/3/09 | MR | Review FCC position on net neutrality | 2.25 |
| 6/4/09 | MR | Research bandwidth caps; query RCN re bandwidth caps | 4.75 |
| 6/5/09 | MR | Discuss proposed settlement w/ Eckersley; research bandwidth caps | 5.75 |
| 6/8/09 | MR | Research proposed settlement | 1.5 |
| 6/9/09 | MR | Research settlement agreement; discuss w/ Neger | 3.5 |
| 6/12/09 | MR | Research FCC and Obama position on net neutrality | 3.75 |
| 6/15/09 | MR | Research issue of net neutrality | 2.5 |
| 6/15/09 | SB | Review statements regarding net neutrality as instructed by MR. | 4.25 |
| 6/16/09 | MR | Prep for deposition of RCN technicians | 8.0 |
| 6/17/09 | KR | Conference call w/ opposing counsel; in-house engineers; and expert (Eckersley); internal discussion re: settlement terms | 2.5 |
| 6/17/09 | MR | Prepare for deposition of RCN technicians; discussion w/ expert Eckersley re depos; depos follow-up discussion with Eckersley | 12.5 |
| 6/18/09 | MR | Research issues raised in depositions and draft settlement term sheet | 5.5 |
| 6/19/09 | MR | Finalize settlement term sheet; draft letter to court re settlement term sheet | 3.5 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 6/23/09 | MR | Discussion w/ Peter Neger re settlement | 0.25 |
| 6/24/09 | MR | Research issue re settlement value; draft settlement agreement | 5.5 |
| 6/24/09 | KR | Settlement research re form of notice | 2.5 |
| 6/25/09 | MR | Draft settlement agreement | 5.75 |
| 6/25/09 | SB | Review 10K regarding RCN customers; review pricing of RCN services; e-mail to MR regarding same | 0.75 |
| 6/26/09 | MR | Draft motion for preliminary approval | 8.5 |
| 6/29/09 | MR | Draft motion for preliminary approval; research J. Sullivan cases on class action settlements | 9.75 |

**July**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 7/1/09 | MR | Finalize and serve discovery requests | 4.75 |
| 7/2/09 | KR | Review Settlement Agreement | 2.5 |
| 7/2/09 | SB | Review settlement as instructed by MR | 1.0 |
| 7/14/09 | KR | Research Motion for Settlement Approval | 4.0 |
| 7/15/09 | KR | Draft Motion for Settlement Approval | 4.5 |
| 7/16/09 | KR | Finalize Motion for Settlement Approval | 4.0 |
| 7/17/09 | SB | Format letter to Judge Sullivan as requested by MR | 0.25 |
| 7/20/09 | KR | Draft [Proposed] Order | 3.5 |
| 7/22/09 | SB | Redline settlement agreement as requested by MR; e-mail to P. Neger re same | 0.25 |
| 7/23/09 | KR | Draft Preliminary Order | 4.5 |
| 7/23/09 | SB | Format and edit order as requested by KR | 1.25 |
| 7/23/09 | MR | review confidentiality agreement re monitoring; discuss w/ Eckersley | 0.75 |
| 7/24/09 | KR | Draft Notice of Motion | 1.5 |
| 7/26/09 | SB | Incorporate Neger edits into draft settlement agreement | 0.5 |
| 7/27/09 | MR | Draft Motion for Preliminary Approval of Settlement | 5.75 |
| 7/27/09 | SB | Review and edit MPA in support of Preliminary Approval as instructed by MR; prepare declaration as instructed by MR; Emails re same | 3.5 |
| 7/28/09 | SB | Review and edit MPA in support of Preliminary Approval as instructed by MR | 2.5 |
| 7/28/09 | MR | Draft settlement papers | 5.0 |
| 7/30/09 | BW | Review and send e-mails re: motion; teleconferences w/ SB; review and edit papers in support of Plaintiffs Motion for Preliminary Approval of Settlement. | 4.0 |
| 7/30/09 | KR | Prepare Notice of Motion & Motion for Preliminary Approval | 1.5 |
| 7/30/09 | SB | Review and edit Motion for Preliminary Approval; e-mails to MR, KR and BW re same | 5.0 |
| 731/09 | MR | Finalize and file Motion for Preliminary Approval | 5.0 |
| 7/31/09 | SB | Review and edit Motion for Preliminary Approval as instructed by BW, MR and KR | 3.0 |

**August**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 8/3/09 | MR | Draft preliminary approval order for Magistrate Fox's signature | 0.25 |
| 8/3/09 | SB | Prepare courtesy copy as requested by MR. | 0.25 |
| 8/4/09 | SB | Deliver courtesy copy to Hon. Kevin Fox as instructed by MR | 0.5 |
| 8/6/09 | MR | meeting w/ EFF re settlement; discussion re confidentiality order | 0.75 |
| 8/12/09 | MR | discussion w/ Prof. Grossman | 0.75 |
| 8/13/09 | MR | communications and discussion w/ Grossman | 1.0 |
| 8/14/09 | MR | discussion w/ Grossman | 0.5 |
| 8/21/09 | MR | review CAFA letters to Attorney Generals | 0.25 |
| 8/25/09 | KR | phone conference w/ Ted Grossman | 0.75 |
| 8/25/09 | MR | discussion w/ Prof. Grossman | 0.75 |
| 8/25/09 | MR | draft supplemental initial disclosures | 0.50 |

**September**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 9/2/09 | KR | reviewed Defendant's doc requests; subpoena to Grossman; Discuss w/ Ted Grossman | 1.5 |
| 9/2/09 | MR | review Second request for documents and subpoena | 0.5 |
| 9/3/09 | KR | discussion w/ Prof. Grossman | 0.25 |
| 9/3/09 | KR | reviewed monitoring budget/confidentiality order | 0.5 |
| 9/10/09 | KR | review of analysis by Prof. Grossman | 1.5 |
| 9/11/09 | KR | review of analysis; conference call w/ Grossman re report | 1.5 |
| 9/23/09 | SB | reviewed, edited and formatted letter to J. Sullivan as instructed by MR | 0.25 |
| 9/23/09 | MR | draft letter to Sullivan re settlement status | 0.25 |
| 9/30/09 | MR | Review settlement term sheet re payment to be paid to independent monitor; email with P. Neger re same | 0.25 |
| 9/30/09 | MR | Draft response to second request for the production of documents; research whether discovery can be requested Under Federal Rules after settlement reached in matter | 1.50 |
| 9/22/09 | MR | Discussion w/ Grossman re subpoena; discussion w/ Neger re same; relay Neger's response to Grossman that subpoena is still in effect | 0.25 |
| 9/23/09 | MR | review final version of protective order, Draft letter to J. Sullivan re protective order | 0.5 |

**October**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/2/09 | MR | Draft responses and objections to Second Set of Discovery Requests | 0.25 |
| 10/5/09 | SB | prepare copy of Plaintiffs' Responses to Defendant's Second Set of Requests for Production of Documents | 0.25 |
| 10/5/09 | MR | Finalize and serve discovery requests responses | 0.50 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/5/09 | MR | discussion w/ Peter Neger re monitoring budget; status of preliminary approval and approach to take to court to grant preliminary approval | 0.25 |
| 10/21/09 | MR | Prepare for preliminary approval hearing | 2.75 |
| 10/22/09 | MR | Travel to and argue motion for preliminary approval | 2.0 |
| 10/22/09 | MR | discuss preliminary approval hearing w/ client Chin | 0.25 |

**April**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 4/28/10 | MR | Draft memo of law in support of motion for final approval | 7.5 |
| 4/29/10 | MR | Draft memo or law in support of motion for final approval | 7.75 |
| 4/30/10 | MR | Draft memo in support of motion for final approval | 5.5 |

**May**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 5/1/10 | MR | Draft memo in support of motion for final approval | 2.5 |
| 5/3/10 | KR | Meeting w/ class member re settlement | 0.25 |
| 5/4/10 | KR | reviewed and researched objections | 1.5 |
| 5/7/10 | MR | Draft memo of law in support of motion for final approval | 7.25 |
| 5/7/10 | MR | Draft memo of law in support of motion for final approval | 7.5 |
| 5/10/10 | MR | Draft memo of law in support of motion for final approval | 7.5 |
| 5/11/10 | KR | Researched objections and standing issues | 3.5 |
| 5/11/10 | MR | Draft rule 23(e)(3) statement | 0.5 |
| 5/11/10 | MR | Draft Reese Declaration in support of final approval | 4.25 |
| 5/12/10 | KR | Reviewed letter to court re objections | 0.5 |
| 5/12/10 | MR | Research and draft response to Nolan letter re conference request | 5.5 |
| 5/19/10 | MR | Prep for pre-motion conference call w/ Court | 1.25 |
| 5/20/10 | KR | conference call w/ Court | 0.25 |
| 5/20/10 | MR | Pre-motion conference call w/ Court | 0.25 |
| 5/24/10 | MR | Draft memo of law in support of motion for final approval | 5.75 |
| 5/24/10 | KR | Reviewed and edited motion for final approval | 2.0 |
| 5/26/10 | MR | Draft memo of law in support of motion for final approval | 3.25 |
| 5/27/10 | MR | Draft memo law in support of motion for final approval | 2.5 |
| 5/28/10 | BW | Review motion for final approval and provide edits | 1.5 |
| 5/28/10 | MR | Finalize and file mtn for final approval; memo of law in support thereof, and supporting document | 7.25 |