**Expenses: Chin v. RCN Corp.**

**Expert Costs**

| | |
|---|---|
| Peter Eckersley consultation and expert services: | $9236.00 |
| Theodore Grossman expert services: | $8500.00 |

**Travel Costs**

Eckersley trip from San Francisco to New York for settlement conference w/ J. Sullivan:

**May, 2009**

| | |
|---|---|
| Airfare:[1] | $269.20 |
| Lodging: | $265.63 |

Richman trips from NYC to San Francisco to meet w/ EFF regarding consultation/expert services:

**December 2008**

| | |
|---|---|
| Airfare: | $505.50 |
| Lodging: | $301.96 |
| Rental Car: | $86.49 |
| Airport Parking: | $33.00 |

**March 2009**

| | |
|---|---|
| Airfare: | $279.20 |
| Airport parking: | $33.00 |
| Lodging: | $125.40 |

**Client Communication**

| | |
|---|---|
| August 13, 2008 meeting: | $82.40 |
| May 13, 2009 pre-settlement conference strategy meeting w/ Eckersley, Richman and Bealby: | $439.66 |

**Total:** **$20,157.44**

---

[1] All Airfares are for coach seats.