Peter C. Neger
peter.neger@bingham.com
M. Derek Care
derek.care@bingham.com
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
Telephone: 212.705.7000
Facsimile: 212.752.5378

*Attorneys for Defendant RCN Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA CHIN, on behalf of herself and all others similarly situated,<br><br>                  Plaintiff,<br><br>-against-<br><br>RCN CORPORATION,<br><br>                  Defendant. | Civil Action No. 08-CV-7349 (RJS)<br><br>**JOINDER IN MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND RESPONSE TO OBJECTIONS**<br><br>**Filed by ECF** |

Defendant RCN Corporation ("RCN"), by its undersigned counsel, hereby joins in those portions of the May 28, 2010 motion of plaintiff Sabrina Chin that seek an order (1) certifying the class for purposes of final approval of the class action settlement, and (2) granting final approval of the class action settlement embodied in the parties' Class Action Settlement Agreement, dated as of July 31, 2009, including, but not limited to, the January 12, 2010 amendment thereto pursuant to which RCN agrees, *inter alia*, that it will not object to an application by Class Counsel for an award of attorney's fees of up to $520,000 and an award of expenses of up to $20,000 for services performed on behalf of the plaintiff and the class.

RCN also joins in the legal arguments set forth in plaintiff's Memorandum of Points and Authorities in support of her motion for final approval of the class action settlement and in re-

sponse to the objections thereto submitted by or on behalf of (a) Seth Berkowitz, Christopher Manice, John Wesley Spears III and Wendi Weinman; (b) Mark Lyon; and (c) Thomas Lavery.

Dated: May 28, 2010

                                                              BINGHAM MCCUTCHEN LLP

                                          By:     s/ Peter C. Neger
                                                    Peter C. Neger
                                                    M. Derek Care
                                          399 Park Avenue
                                          New York, NY 10022-4689
                                          212.705.7000
                                          *Attorneys for Defendant RCN Corporation*